# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re: Radie C. Peterson,   Case No. 20-49514
                            Chapter 13
        Debtor.   Hon. Maria L. Oxholm
_____/

## OBJECTION BY THE UNITED STATES
## TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

The United States of America, by its attorneys, United States Attorney, Matthew Schneider, and Assistant United States Attorney, Kevin R. Erskine, on behalf of the Internal Revenue Service, objects to the confirmation of the debtor's plan ("Plan") for the following reasons:

1. Debtor filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code on September 4, 2020, and filed this plan on September 4, 2020.

2. The IRS's current proof of claim is in the amount of $139,493.03 and consists of:

| | |
|---|---|
| Secured Claim: | $38,610.63 |
| Priority Claim: | $14,815.16 |
| General Unsecured Claim: | $86,067.24 |
| **Total** | **$139,493.03** |

3. **Failure to Properly Treat the Secured Claim.** The IRS's secured claim is in the amount of $38,610.63 and is a Class 5.1 claim that must be paid in full through the Plan, in equal monthly payments, with the IRS to retain its liens

and to receive interest at the IRC rate in effect on the date of confirmation (currently 3%). *See* 11 U.S.C. § 1325(a)(5)(B). The IRS does not consent to the alternative treatment of the secured claim as proposed by the Plan. *See* 11 U.S.C. § 1325(a)(5)(A).

4. **Failure to Properly Treat the Priority Claim.** The United States objects to confirmation because the proposed Chapter 13 plan fails to provide for payment of the priority tax liabilities as stated on the IRS's proof of claim. The IRS's priority claim is currently $14,815.16 and, to be confirmed, the debtor's Plan must provide for the full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 1322(a)(2).

WHEREFORE, the United States respectfully requests that this Court deny confirmation of the debtor's Plan for the forgoing reasons and grant such further and additional relief as deemed just and appropriate.

Dated: October 27, 2020

MATTHEW SCHNEIDER
United States Attorney

/s/*Kevin R. Erskine*
KEVIN R. ERSKINE (P69120)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9610
Email: Kevin.Erskine@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Radie C. Peterson,                              Case No. 20-49514
                                                                  Chapter 13
                            Debtor.                          Hon. Maria L. Oxholm
_____/

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 27, 2020, I electronically filed the Objection By The United States To Confirmation Of Debtor's Proposed Plan using the ECF System which will send notification of such filings to all counsel of record.

                                                        /s/*Kevin R. Erskine*
                                                        KEVIN R. ERSKINE (P69120)
                                                        Assistant U.S. Attorney
                                                        211 W. Fort Street, Suite 2001
                                                        Detroit, Michigan 48226
                                                        Phone: (313) 226-9610
                                                        Email: Kevin.Erskine@usdoj.gov